WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HERA POLANGCUS,

        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,

        Defendants.

Case No.: 2:17-cv-00058-JCM-VCF

**STIPULATION AND ORDER TO DISMISS**

      Plaintiff, Hera Polangcus ("Plaintiff") and Defendant, Ocwen Loan Servicing, LLC ("Ocwen") by and through their respective counsel of record, hereby stipulate and agree as follows:

      1.      Defendant OCWEN Loan Servicing, LLC shall be dismissed from the above-entitled action with prejudice.

| Dated: June 26, 2017 | Dated: June 26, 2017 |
|---|---|
| **STIPULATED AND AGREED TO BY:** | **STIPULATED AND AGREED TO BY:** |
| /s/ Edgar C. Smith, Esq. | /s/ David Krieger, Esq. |
| Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant Ocwen Loan Servicing, LLC* | David Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff Hera Polangcus* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 3, 2017